# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| SEAN GUFFEY,<br><br>  Plaintiff,<br><br>vs.<br><br>KYLE MICHAEL KELLEY,<br><br>  Defendant. | 8:15CV208<br><br>**ORDER** |

As requested in the parties' motion, (filing no. 13), which is hereby granted,

IT IS ORDERED that the final progression order is amended as follows:

1) The trial and pretrial conference settings are cancelled pending further order of the court.

2) A telephonic conference with the undersigned magistrate judge will be held on April 5, 2016 at 11:00 a.m. to discuss the status of case progression and potential settlement. Counsel for plaintiff shall place the call.

3) The deadline for completing written discovery under Rules 33 through 36 of the Federal Rules of Civil Procedure is April 1, 2016. Motions to compel Rule 33 through 36 discovery must be filed by April 8, 2016  **Note:** Motions to compel shall not be filed without first contacting the chambers of the undersigned magistrate judge to set a conference for discussing the parties' dispute.

4) The deposition deadline is April 1, 2016.

5) The deadline for filing motions to dismiss and motions for summary judgment is April 22, 2016.

March 12, 2016.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge